IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID S. BOCSY and<br>JAMES J. BOCSY,<br><br>              **Plaintiffs,**<br>   v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>COUNTY OF ALLEGHENY,<br>REDEVELOPMENT AUTHORITY OF<br>ALLEGHENY COUNTY; BOROUGH OF<br>HOMESTEAD; MON VALLEY INITIATIVE,<br>RICHARD A. RANII,<br>MICHAEL A. DELLAVECCHIA,<br>WILLIAM G. MERCHANT, S&A HOMES,<br>DWANE YOUNGBLOOD, FRED LAGITITO,<br>LLOYD A. WELLING, LAND AMERICA,<br>JEFFREY SELBY, JANET NORKUS,<br>CASSIE BRANDON, MIKE BLOTZAR, and<br>GARY BODNER,<br><br>              **Defendants.** | ) <br> ) <br> )   2:08-cv-1482 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER OF COURT**

    **AND NOW,** this 9th day of January, 2009, upon consideration of MOTION TO DISMISS PLAINTIFFS' CLAIMS FILED ON BEHALF OF THE HONORABLE MICHAEL A. DELLA VECCHIA and Brief in Support (Document Nos. 12 and 13) and the Court's Text Order of November 12, 2008 which required a response to said Motion on or before December 1, 2008, and the Court's Order to Show Cause of December 17, 2008, which again instructed Plaintiffs to file a brief and response in opposition to the pending Motion to Dismiss and extended the response date to on or before January 7, 2009, and with no response having been filed by Plaintiffs and with due consideration and deliberation of the factual and legal arguments

1

advanced in the Brief in Support of Defendant's Motion to Dismiss, each of which the Court finds to have merit and are specifically unrebutted by Plaintiffs,

NOW THEREFORE, the Motion to Dismiss filed by Defendant the Honorable Michael A. Della Vecchia is **GRANTED** in its entirety and the Honorable Michael A. Della Vecchia is dismissed without prejudice.

So **ORDERED** this 9th day of January, 2009.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:   David S. Bocsy
      3719 Botsford St.
      Munhall, PA 15120
      (Certified Mail, Return Receipt Requested)

      James J. Bocsy
      3719 Botsford St.
      Munhall, PA 15120
      (Certified Mail, Return Receipt Requested)

      Hilary W. Taylor, Esquire
      Papernick & Gefsky, LLC
      Email: htaylor@papernick-gefsky.com

      William G. Merchant, Esquire
      Papernick & Gefsky
      Email: bmerchant@papernick-gefsky.com

      John C. Hansberry, Esquire
      Pepper Hamilton
      Email: hansberj@pepperlaw.com

      Geri Romanello St. Joseph, Esquire
      Supreme Court of Pennsylvania
      Administrative Office of Pennsylvania Courts
      Email: legaldepartment@pacourts.us

      Eric N. Anderson, Esquire
      Meyer, Darragh, Buckler, Bebenek & Eck
      Email: eanderson@mdbbe.com

      Bernard M. Schneider
      Brucker, Schneider & Porter
      Email: bmschn@aol.com