# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID S. BOCSY and )<br>JAMES J. BOCSY, )<br>)<br>        Plaintiffs )<br>)<br>        v. )<br>)<br>COMMONWEALTH OF PENNSYLVANIA, )<br>COUNTY OF ALLEGHENY, )<br>REDEVELOPMENT AUTHORITY OF )<br>ALLEGHENY COUNTY; BOROUGH OF )<br>HOMESTEAD; MON VALLEY INITIATIVE,)<br>RICHARD A. RANII, )<br>MICHAEL A. DELLAVECCHIA, )<br>WILLIAM G. MERCHANT, S&A HOMES, )<br>DWANE YOUNGBLOOD, FRED LAGITITO, )<br>LLOYD A. WELLING, LAND AMERICA, )<br>JEFFREY SELBY, JANET NORKUS, )<br>CASSIE BRANDON, MIKE BLOTZAR, and )<br>GARY BODNER, )<br>)<br>        Defendants. ) | 02: 08-cv-1482 |

## ORDER OF COURT

**AND NOW,** this 9th day of January, 2009, it appearing that Plaintiffs were ordered on December 19, 2008, to file their response to the Motion to Dismiss, Or For Summary Judgment filed by Defendant Borough of Homestead (Document No. 22) on or before January 7, 2009,

and with no response having been filed by Plaintiffs and with due consideration and deliberation of the factual and legal arguments advanced in the Brief in Support Defendant's Motion, each of which the Court finds to have merit and are specifically unrebutted;

NOW, THEREFORE, the Motion to Dismiss or For Summary Judgment filed by the Borough of Homestead is **GRANTED** in its entirety and the Borough of Homestead is dismissed without prejudice.

So **ORDERED** this 9th day of January, 2009.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:     David S. Bocsy
        3719 Botsford St.
        Munhall, PA 15120
        (Certified Mail, Return Receipt Requested)

        James J. Bocsy
        3719 Botsford St.
        Munhall, PA 15120
        (Certified Mail, Return Receipt Requested)

        Hilary W. Taylor, Esquire
        Papernick & Gefsky, LLC
        Email: htaylor@papernick-gefsky.com

        William G. Merchant, Esquire
        Papernick & Gefsky
        Email: bmerchant@papernick-gefsky.com
        John C. Hansberry, Esquire
        Pepper Hamilton
        Email: hansberj@pepperlaw.com

        Geri Romanello St. Joseph, Esquire
        Supreme Court of Pennsylvania
        Administrative Office of Pennsylvania Courts
        Email: legaldepartment@pacourts.us

        Eric N. Anderson, Esquire
        Meyer, Darragh, Buckler, Bebenek & Eck
        Email: eanderson@mdbbe.com

        Bernard M. Schneider
        Brucker, Schneider & Porter
        Email: bmschn@aol.com