# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID S. BOCSY and <br> JAMES J. BOCSY, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH OF PENNSYLVANIA, <br> DWANE YOUNGBLOOD, <br> LAND AMERICA, JEFFREY SELBY, and <br> GARY BODNER, <br><br> Defendants. | 02: 08-cv-1482 |

## ORDER OF COURT

**AND NOW,** this 9th day of March, 2009, the Plaintiffs having failed to serve summons and complaint upon defendants within 120 days after the filing of the Complaint,

And the Plaintiffs having been ordered to show good cause on or before **March 4, 2009,** why the Complaint should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m), and with no response having been filed by Plaintiffs and Plaintiffs not otherwise having shown that good cause exists for their failure to properly serve summons and complaint upon defendants in accordance with Federal Rule of Civil Procedure 4(m),

It is therefore **ORDERED, ADJUDGED AND DECREED** that this case is dismissed without prejudice for failure to obtain service pursuant to Federal Rule of Civil Procedure 4(m). The Court Clerk will docket this case closed.

So **ORDERED** this 9th day of March, 2009.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: David S. Bocsy
3719 Botsford St.
Munhall, PA 15120
(Certified Mail, Return Receipt Requested)

James J. Bocsy
3719 Botsford St.
Munhall, PA 15120
(Certified Mail, Return Receipt Requested)